FOR THE EASTERN DISTRICT OF
MISSOURI EASTERN DIVISION

| | |
|---|---|
| JEROME GREENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:14-cv-00741-RLW |
| | ) |
| THE BOEING COMPANY and | ) |
| RICHARD BAKER, | ) |
| | ) |
| Defendants. | ) |

## FILLING MEMO

Comes now attorney Bettye Battle-Turner and files the attached Motion To Withdraw.

Bettye Battle-Turner, LLC

/s/ *Bettye Battle-Turner*
Bettye Battle-Turner, 37368MO
Attorney for Plaintiff
4236 Lindell Blvd. #101
St. Louis, Missouri 63108
(314)652-4119-Telephone
(314) 652-0001-Fax
E-mail: Lawbbt@sbcglobal.net

## CERTIFICATE OF SERVICE

This is to hereby certify that on July 10, 2015, a copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following: Gregg M. Lemley, 7700 Bonhomme Avenue, Suite 650, St. Louis, Missouri 63105, Attorney for Defendants.

/s/ *Bettye Battle-Turner*
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME GREENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14-cv-00741-RLW |
| ) | |
| THE BOEING COMPANY and ) | |
| RICHARD BAKER, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S ATTORNEY MOTION TO WITHDRAW.

COMES NOW Bettye Battle-Turner and for her Motion to Withdraw as Counsel for Plaintiff Jerome Green and states as follows:

1. On or about April 22, 2015, counsel inform plaintiff in writing via a certified letter, return receipt requested, that it was impossible for her to continue with his case due to her husband's health.

2. Counsel asked plaintiff to let her know by April 29, 2015 if he wanted time to seek an attorney and that she was willing to speak with the other attorney and provide an overview of the case.

3. Having not heard from Plaintiff, counsel contacted Plaintiff again, this time by email on June 3, 2015 informing him that she had not heard from him regarding his plans to seek or not to seek another attorney for his case.

4. Counsel's need to withdraw from this case was no surprise to Plaintiff because she has mentioned to Plaintiff on several occasions before and after December

15, 2014 that it was impossible for her to continue to represent him due to the amount of time required for his defense and the amount of time needed for her husband health care.

WHEREFORE, Plaintiff request this Honorable Court to enter an Order granting Plaintiff's counsel Motion to Withdraw and request that the court **withhold judgment** on Defendant's Motion for Summary Judgment until Plaintiff has received direct communication from this court if the court allows counsel to withdraw and for any additional relief the Court deems just and proper.

Respectfully submitted,

/s/ Bettye Battle-Turner
Bettye Battle-Turner #37368MO
Attorney for Plaintiff
4236 Lindell Blvd. #101
St. Louis, MO 63108
(314)652-4119
(314)652-0001
lawbbt@sbcglobal.net

## CERTIFICATE OF SERVICE

This is to hereby certify that on July 10, 2015, a copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following: Gregg M. Lemley, 7700 Bonhomme Avenue, Suite 650, St. Louis, Missouri 63105, Attorney for Defendants.

/s/ Bettye Battle-Turner
Attorney for Plaintiff